FILED - USDC -NH
2022 AUG 26 AM10:54

RECEIVED

AUG 24

CONCORD CIRCUIT

**Complaint**

1. Maria Del Carmen Gil Peachers Mill Road, Clarksville Tn, 37043
2. Amy Fortin CPSW IV Defendant Dept HHS
3. Hon Sarah Blais New Hampshire District Court

1. This court has Jurisdiction to hear the case on the basis that it is now an interstate case and New Hampshire had Jurisdiction based on the (6) months per New Hampshire's Home State Ruling. The actions were all taken by the lower courts and that these are the sole children of the Biological Natural Father.

Claims that were the causality for damage:

1. It was claimed the children were "Taken" From the defendant.
2. It was claimed the children were begging door to door for food.
3. It was claimed the children had bed bug bites.
4. It was claimed the Children were unsupervised.
5. It was claimed the children attempted to throw their puppy into a river and that the children due to lack of supervision could have fallen into the river which would have been deadly cold.
6. It was claimed that based on the plaintiff's reputation that he could not acquire a hotel.
7. It was claimed the Children had no place to sleep on the farm property.
8. It was claimed the father did not allow the children to go to school.
9. It was claimed that irreparable harm would come to the children if they were allowed to stay on the farm "Tenn. District Court"
10. It was claimed that Sarah Henderson was denied showers.
11. It was claimed that hotels refused to rent to the plaintiff.
12. It was claimed the plaintiff was asked to leave multiple hotels due to his "aggressive", "erratic" as well as "bizarre" behavior.
13. It was claimed the plaintiff was verbally abusive towards the Children.
14. It was claimed the Children were not receiving an education.

The plaintiff holds video testimony that disproves the claims as well as pictures prior to this defendant and states action.

As a result of these false claims a warrant was issued with no basis in truth to enter the premises of the plaintiff violating the 4th amendment of our Constitution among others, illegal search and state assisted kidnapping ensued after that. Everything was based on hearsay evidence with no basis in truth. The children were taken out of the state and the defendant did not show up to the next day to have the plaintiff's side of the story heard at all. Not one-time, was the plaintiff given an opportunity to recuse himself or have a day in court because the defendant fled the state, that night knowing she had court in the morning, and with the children. When the plaintiff asked if he was going to have an opportunity for case discovery the Lancaster Judge then said, "under the light of these new circumstances I will be issuing a warrant of the defendants arrest." Two weeks later that warrant was mysteriously dropped. The plaintiff went to the Tennessee Court appearance, which

was closed because of snow, the trial postponed. The plaintiff's lawyer heard the case in Tennessee with zoom call, thus there was no opportunity to save his children.

The plaintiff is going to be seeking assistance from counseling in order to repair the mental trauma and spiritual sickness caused by these false claims as well as the humiliation, gossip and embarrassment that has occurred. Not to mention damage to the plaintiff's new farm business "Henderson's Farm" that was put on hold because of all of this.

The defendant's claims coupled with the interstate claims are all false, the plaintiff has suffered immense emotional trauma as a result of these actions, to remedy this the plaintiff would like the court to (A) Return the children to the farm with full 100% custody of the children to the father (B) Help the plaintiff to prevent these state behaviors in the future eg. Create New Hampshire charity for emancipated youth and (C) Award the plaintiff with $250,000 so he can some how find peace after all of this.

X _____

Mr. Toby J Henderson Pro Se

Henderson's Farm

326 US Route 3, Stratford NH 03590

(603) 636-8344