UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Toby J. Henderson

    v.                                      Case No. 22-cv-332-JL

Maria Del Carmen Gil, et al.


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 28, 2022.

_____
Joseph N. LaPlante
United States District Judge

Date: November 10, 2022

cc:    Tobey J. Henderson, pro se
       Catherine Denny, Esq.