UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Toby J. Henderson

 v.             Case No. 22-cv-332-JL

Maria Del Carmen Gil, et al.

ORDER

 No objection having been filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated May 22, 2023. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal). The Clerk of Court shall close the case.

              /s/ Joseph N. LaPlante
              Joseph N. LaPlante
              United States District Judge

Date: June 6, 2023

cc: Tobey J. Henderson, pro se
   Maria Del Carmen Gil, pro se
   Catherine Denny, Esq.